UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH HUYNH,<br><br>                                 Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>                                 Defendants. | Case No.: 22cv461-LL-NLS<br><br>**ORDER REQUIRING REMOVING PARTY TO FILE ANSWER FROM STATE COURT** |

    Plaintiff filed her complaint against Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and unnamed defendants in the San Diego County Superior Court on April 7, 2021. ECF No. 1-2 at 7. On April 6, 2022, Defendant Liberty Mutual Fire Insurance Company, the only remaining named defendant in this case, filed a notice of removal pursuant to 28 U.S.C. § 1446(b)(3) on the basis of jurisdiction conferred by 28 U.S.C. § 1332(a). ECF No. 1. Defendant also filed a corporate disclosure statement on the same date. ECF No 2. There has been no further activity on the docket.

    A defendant desiring to remove a civil action from state court must file a short and plain statement of the grounds for removal together with copies of all process, pleadings, and orders served upon such defendant in the state court action, to give written notice of its removal to adverse parties, and to file its notice of removal in state court promptly after

filing. 28 U.S.C. § 1446(a), (d). If a defendant has already filed an answer prior to removal, it is not required to replead its answer unless the court orders it. Fed. R. Civ. P. 81(c)(2). However, the district court "may require the removing party to file with its clerk copies of all records and proceedings in [] State court[.]" 28 U.S.C. § 1447(b).

Upon review of the state court docket, it is apparent that Defendant filed an answer to Plaintiff's complaint in state court. Defendant did not include a copy of its state court answer together with the notice of removal. Therefore, the Court orders Defendant Liberty Mutual Fire Insurance Company to file a copy of its state court answer, and copies of any process, pleadings, and orders served upon it in the state court action but not included with its notice of removal, no later than **August 1, 2022**.

**IT IS SO ORDERED**.

Dated:  July 25, 2022

_____
Honorable Linda Lopez
United States District Judge