UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH HUYNH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  22cv461-LL (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 6]** |

　　　　Before the Court is Plaintiff's motion to continue the Early Neutral Evaluation Conference ("ENE"), currently set for August 30, 2022.  ECF No. 6.  Plaintiff makes this request due to her counsel being suspended until September 14, 2022.  *Id.*  As such, he would not be able to attend the currently scheduled ENE, and requests that the conference be reset to late September.  *Id.*

　　//
　　//
　　//
　　//
　　//
　　//

1

1    Good cause appearing, the Court **GRANTS** the motion and **RESETS** the ENE to
2    **September 28, 2022** at **10:00 a.m.**  The parties shall abide by the remainder of the
3    Court's July 27, 2022 Notice and Order Setting Early Neutral Evaluation Conference.
4    *See* ECF No. 5.

5    **IT IS SO ORDERED.**

6    Dated:  August 9, 2022

*[signature]*
Hon. Nita L. Stormes
United States Magistrate Judge